Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LI WEIXUN
     Plaintiff(s)

Civil Action No. 04-649

V.

BO XILAI
     Defendant(s)

RE: BO XILAI

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 22, 2004, and an affidavit on behalf of the plaintiff having been filed, it is this 28th day of July, 2004 declared that: defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By: Jackie Dranus
     Deputy Clerk